# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, MODESTO DIVISION

In re  )
    **Dadzie, John**  )
)
)   Case No.
)
)
_____ )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:     **August 20, 2020**            **/s/ John Dadzie**
                                                                             Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | Mailing Address: | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | 501 I Street, Suite 3-200 | Fresno, CA 93721 |
|  | Sacramento, CA 95814 |  |
|  | Physical Address: |  |
|  | 1200 I Street, Suite 4 |  |
|  | Modesto, CA 95354 |  |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Capital One Bank (USA), NA
PO Box 30281
Salt Lake City, UT  84130-0281

Dept of Ed/Navient
PO Box 9635
Wilkes Barre, PA  18773-9635

Fay Servicing
PO Box 619063
Dallas, TX  75261-9063

Financial Center CU
18 S Center St
Stockton, CA  95202-2803

Financial Center CU
PO Box 208005
Stockton, CA  95208-9005

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD  57107-0145

Fortiva MC/TBOM
5 Concourse Pkwy Ste 400
Atlanta, GA  30328-9114

Merrick Bank
PO Box 9201
Old Bethpage, NY  11804-9001

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA  23541-0914

US Attorney for US Dept of Education
501 I St Ste 10-100
Sacramento, CA  95814-7300

US Department of Education
Bankruptcy Section
50 United Nations Plz
San Francisco, CA  94102-4912